ORIGINAL

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  4532
Chief, Major Crimes Section
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
email: ron.johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 1 2006

at 4 o'clock and 30 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00241 |
|---|---|---|
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| JEREMY HIGHTOWER, | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Information against JEREMY HIGHTOWER based upon the age of the case.

The defendant is not in custody on the dismissed charge listed above.

DATED: Honolulu, Hawaii, June 30, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Ronald G. Johnson
RONALD G. JOHNSON
Chief, Major Crimes Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES MAGISTRATE JUDGE

JUL 21 2006
DATED

USA v. Jeremy Hightower
CR. NO. 00-00241
"Order for Dismissal"